JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAMONT A. LODGE, | ) |
| | ) |
| Petitioner, | ) Case No. CV 14-9499-JGB(AJW) |
| | ) |
| v. | ) |
| | ) |
| E. VALENZUELA, Warden, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: December 31, 2014

_____
Jesus G. Bernal
United States District Judge